UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

HUSSEIN AL QARI,

        Plaintiff,        Case No. 21-cv-10650

v.        Paul D. Borman
        United States District Judge

AMERICAN STEAMSHIP COMPANY,

        Defendant.
_____/

## JUDGMENT

For the reasons stated in an Opinion and Order issued this same day, it is **ORDERED AND ADJUDGED** that Plaintiff Hussein Al Qari's Motion for Partial Summary Judgment is **DENIED**, Defendant American Steamship Company's Motion for Summary Judgment is **GRANTED**, and this case is **DISMISSED WITH PREJUDICE**.

IT IS SO ORDERED.

        s/Paul D. Borman
        Paul D. Borman
        United States District Judge

Dated: August 31, 2023