UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____
                                    )
HUSSEIN AL QARI,                    )
    Plaintiff                       )   Case No. 21-CV-10650
                                    )
V.                                  )   Hon. Paul D. Bowman
                                    )
AMERICAN STEAMSHIP COMPANY,         )   M.J. Curtis Ivy, Jr.
    Defendant                       )
_____)

_____
D. BRUCE BEATON  (P32704)     PAUL D. GALEA  (P29250)
Attorney for Plaintiff         MARKUS E. APELIS (P80275)
137 S. Water Street            211 West Fort Street, Suite 600
Marine City, MI  48039         Detroit, MI  48226
(810) 765-3333                 (313) 961-3234
_____

PLAINTIFF'S NOTICE OF APPEAL

Notice is hereby given that Plaintiff Hussein Al-Qari hereby appeals to the United States Court of Appeals for the Sixth Circuit from the District Court's Opinion and Order (1) Denying Plaintiff Hussein Al Qari's Motion For Partial Summary Judgment (ECF No. 24), And (2) Granting Defendant American Steamship Company's Motion For Summary Judgment (ECF No. 28), which was entered in this action on August 31, 2023 (ECF No. 47), and from the District Court's Judgment entered in this action on August 31, 2023 (ECF No. 48).

1

          D. BRUCE BEATON, PLC

          /s/ D. Bruce Beaton
          D. Bruce Beaton
          Attorney for Plaintiff
          137 S. Water St.
          Marine City, MI 48039
          Phone: (810) 765-3333
          Fax: (810) 765-4026
          dbb@dbbeatonlaw.com

Dated: September 12, 2023

## CERTIFICATE OF SERVICE

     I hereby certify that on this date, I electronically filed the within document with the Clerk of the Court using the CM/ECF system which will send notification of such filing(s) to all counsel of record.

          /s/ D. Bruce Beaton
          D. Bruce Beaton