# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

|  | 100 EAST FIFTH STREET, ROOM 540 |  |
|---|---|---|
| Deborah S. Hunt | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: October 12, 2023

Mr. Markus Edgars Apelis
Gallagher Sharp
1215 Superior Avenue
Seventh Floor
Cleveland, OH 44114

Mr. Donald Bruce Beaton
Law Office
137 S. Water Street
Marine City, MI 48039

Ms. Sarah Valeria Beaubien
Gallagher Sharp
420 Madison Avenue
Suite 1250
Toledo, OH 43604

Ms. Nancy Kama
Gallagher Sharp
211 W. Fort Street
Suite 660
Detroit, MI 48226

Mr. Richard C.O. Rezie
Gallagher Sharp
1215 Superior Avenue
Seventh Floor
Cleveland, OH 44114

Re: Case No. 23-1836, *Hussein Al Qari v. American Steamship Company*
Originating Case No. : 2:21-cv-10650

Dear Sir or Madam,

The Court issued the enclosed (Order/Opinion) today in this case.

                Sincerely yours,

                s/Connie A. Weiskittel
                Mediation Administrator.

cc: Ms. Kinikia D. Essix

Enclosure

No mandate to issue

Case No. 23-1836

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

## ORDER

HUSSEIN AL QARI

    Plaintiff - Appellant

v.

AMERICAN STEAMSHIP COMPANY

    Defendant - Appellee

In accordance with Rule 33, Rules of the Sixth Circuit, and upon consideration of the parties' stipulation to dismiss,

It is **ORDERED** that the case is dismissed pursuant to 42(b), Federal Rules of Appellate Procedure.

        **ENTERED PURSUANT TO RULE 33,**
        **RULES OF THE SIXTH CIRCUIT**
        Deborah S. Hunt, Clerk

Issued: October 12, 2023